UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT EMERSON EVATT,

                Petitioner,

       v.

RON HAYNES,

                Respondent.

CASE NO. 3:18-cv-05255-RBL-TLF

**ORDER**

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 27], and Petitioner Evatt's Objections to it [Dkt. #s 30, 31, and 32].

(1)     the Report and Recommendation is **ADOPTED**;

(2)     Evatt's Habeas Petition [Dkt. #8] is **DENIED;**

(3)     If he appeals, Evatt is not entitled to a Certificate of Appealability, for the reasons articulated in the Report and Recommendation:

(4)     If he appeals, Evatt's *in forma pauperis* status will not continue;

ORDER - 1

(5) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Fricke and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 22nd day of February, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 2